UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| HUE-MAR, L.L.C.<br>  d/b/a Campers Unlimited | CIVIL ACTION NO. 07-0635 |
| VERSUS | JUDGE MELANÇON |
| FREEDOMROADS OPERATIONS CO., L.L.C.<br>MEYERS RV CENTERS, L.L.C.<br>BANK OF AMERICA, N.A. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes, after an independent review of the record, that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** defendant Bank of America, N.A.'s Motion to Dismiss [Rec. Doc. 13] is **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 13th day of July, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE